358 A.2d 81
Commonwealth v. Biegenwald, Appellant.

Argued April 19, 1976.   Charles Sheroke, for appellant; Louis R. Paulick, Assistant District Attorney, with him Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.

358 A.2d 64
Commonwealth, Appellant, v. Brennan, et al.

Submitted April 13, 1976.   Robert L. Eberhardt and Charles W. Johns, Assistant District Attorneys, and Robert E. Colville, District Attorney, for Commonwealth, appellant; Herbert Blumenfeld and Mark F. Geary, for appellees.

Order affirmed.